IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN HOUSTON HERN,

    Petitioner,                    No. CIV S-06-2790 LKK DAD P

    vs.

JOHN C. MARSHALL,

    Respondent.                 <u>ORDER</u>

_____/

        Examination of this action and the court's records reveals that the petitioner has previously filed a petition for relief from the judgment of conviction entered against him in the Tehama County Superior Court in 1985.[1] On August 3, 1994, the petition in <u>Shawn Houston Hern v. James Rowland</u>, case No. CIV S-90-0501 DFL JFM P, was dismissed for failure to exhaust state remedies. Pursuant to Local Rule 81-190(d), the above-captioned action will be reassigned to the Judge and Magistrate Judge who considered the prior petition.

        The parties should be aware that reassigning this action under Local Rule 81-190(d) merely has the result that the action is assigned to the same Judge and Magistrate Judge who considered the prior habeas petition. No consolidation of the two actions is effected.

---

[1] A court may take judicial notice of court records. See <u>MGIC Indem. Co. v. Weisman</u>, 803 F.2d 500, 505 (9th Cir. 1986); <u>United States v. Wilson</u>, 631 F.2d 118, 119 (9th Cir. 1980).

1

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. This action is reassigned to Judge David F. Levi and Magistrate Judge John F. Moulds for all further proceedings; henceforth, the caption on documents filed in this action shall be shown as No. CIV S-06-2790 DFL JFM P; and

5     2. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: December 13, 2006.

                                        _/s/ Dale A. Drozd_
                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

DAD:13
hern2790.190