IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN HOUSTON HERN,

    Petitioner,        No. CIV S-06-2790 LKK JFM P

  vs.

JOHN C. MARSHALL,

    Respondent.       <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to this court's December 22, 2006 order, respondent's answer to the petition was due on February 5, 2007. On February 14, 2007 and March 7, 2007, respondents filed requests for extension of time to file the answer. Good cause appearing, the requests will be granted. Petitioner's February 26, 2007 request for default judgment will be denied.

        In accordance with the above, IT IS HEREBY ORDERED that:

    1. Respondent's February 14, 2007 request for extension of time is granted;

    2. Respondent's March 7, 2007 request for extension of time is granted;

    3. Respondent is granted until April 6, 2007 to file and serve an answer to the petition;

/////

1

        4. Petitioner's traverse shall be filed and served not later than thirty days thereafter; and

        5. Petitioner's February 26, 2007 request for entry of default is denied.

DATED: March 15, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

12
hern2790.ext