IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHAWN HOUSTON HERN,**<br><br>                              Petitioner,<br><br>    v.<br><br>**JOHN C. MARSHALL,**<br><br>                              Respondent. | CIV S-06-2790 LKK JFM P<br><br>**ORDER TO THIRD REQUEST FOR EXTENSION OF TIME** |

GOOD CAUSE APPEARING, Respondent's application for a thirty (30) day extension of time in which to file a response in this matter is hereby GRANTED. Respondent's response is due on May 6, 2007.

DATED: April 6, 2007.

UNITED STATES MAGISTRATE JUDGE

/hern2790.ext3

Order

1